UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARY JANE NEWELL,                )   NO. CV 10-08370-MAN
                                 )
            Plaintiff,           )
                                 )   JUDGMENT
      v.                         )
                                 )
MICHAEL J. ASTRUE,               )
Commissioner of Social Security, )
                                 )
            Defendant.           )
_____)

     Pursuant to the Court's Memorandum Opinion and Order,

     IT IS ADJUDGED that the decision of the Commissioner of Social
Security is reversed, and the cause is remanded for further proceedings
consistent with the provisions of the Memorandum Opinion and Order.

DATED: January 5, 2012

                              _____
                                     MARGARET A. NAGLE
                              UNITED STATES MAGISTRATE JUDGE